## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Ubisoft Entertainment, S.A., et al.

                     Plaintiff,

v.

Case No.: 1:22−cv−05665

Honorable John J. Tharp Jr.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiffs' motion for entry of a preliminary injunction against defendants Nos. 1−41 and 46−197 [31] is denied without prejudice. Neither an executed summons nor the plaintiffs' motion and its supporting documents expressly indicate that the relevant defendants have received notice in accordance with Fed. R. Civ. P. 65(a)(1). At most, the plaintiffs assert that "dozens of... accounts owned by the [defendants] have been frozen," but this statement does not specify which defendants' accounts have been frozen, nor does this constitute adequate service in any event. Per the plaintiffs' memorandum of law [32], the plaintiffs also appear to be under the mistaken impression that electronic service by publication "or" e−mail has been authorized; yet the TRO only authorizes electronic service by publication "and" e−mail. Accordingly, the plaintiffs are afforded leave to file a declaration of service−−expressly indicating proper service of all relevant defendants−−along with a renewed motion for preliminary injunction. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.