IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 22-cv-05665 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey I. Cummings |

**PRELIMINARY INJUNCTION ORDER**

Plaintiffs Ubisoft Entertainment, S.A. and Ubisoft, Inc. ("UBISOFT") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS UBISOFT's Motion in part as follows.

This Court finds UBISOFT has provided notice to Defendants in accordance with the Temporary Restraining Order entered October 19, 2022, ECF No. 24 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that UBISOFT has provided a basis to conclude that Defendants have sold products using infringing and

counterfeit versions of UBISOFT's federally registered trademarks (the "ASSASSIN'S CREED Trademarks").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of UBISOFT's previously granted Motion for Entry of a TRO establishes that UBISOFT has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that UBISOFT will suffer irreparable harm if the injunction is not granted.

Specifically, UBISOFT has proved a *prima facie* case of trademark infringement because (1) the ASSASSIN'S CREED Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the ASSASSIN'S CREED Trademarks, and (3) Defendants' use of the ASSASSIN'S CREED Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with UBISOFT. Furthermore, Defendants' continued and unauthorized use of the ASSASSIN'S CREED Trademarks irreparably harms UBISOFT through diminished goodwill and brand confidence, damage to UBISOFT's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, UBISOFT has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the ASSASSIN'S CREED Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine UBISOFT product or not authorized by UBISOFT to be sold in connection with the ASSASSIN'S CREED Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine UBISOFT product or any other product produced by UBISOFT, that is not UBISOFT's or not produced under the authorization, control, or supervision of UBISOFT and approved by UBISOFT for sale under the ASSASSIN'S CREED Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of UBISOFT, or are sponsored by, approved by, or otherwise connected with UBISOFT; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for UBISOFT, nor authorized by UBISOFT to be sold or offered for sale, and which bear any of UBISOFT's trademarks, including the ASSASSIN'S CREED Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon UBISOFT's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to UBISOFT expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial

   institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon UBISOFT's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the ASSASSIN'S CREED Trademarks.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Marc Muraccini, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. UBISOFT may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-

mail addresses identified in Exhibit 2 to the Declaration of Marc Muraccini and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "2socu2t9 and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Schedule A to the Complaint (ECF No. 7), Exhibit 2 to the Declaration of Marc Muraccini (ECF Nos. 12–19), and the TRO (ECF No. 24) are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $250,000.00 bond posted by UBISOFT shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Date: November 17, 2022

John J. Tharp, Jr.
United States District Judge

6

# SCHEDULE A

| No. | Defendant Name / Alias |
|---|---|
| 1 | 2socu2t9 |
| 2 | Amos A Reed |
| 3 | AWEVVFVG |
| 4 | bringtnpito |
| 5 | brkdofawy |
| 6 | carla12 |
| 7 | dorizetiqwaon |
| 8 | DrewAntoniauDyZ |
| 9 | eesj3qab |
| 10 | essirracop-7699 |
| 11 | f_rsa_9_ |
| 12 | Fairys skirts |
| 13 | fgynudt |
| 14 | GaocailY |
| 15 | ghjbft |
| 16 | glazingmotphvro |
| 17 | gleams |
| 18 | guyinft |
| 19 | HaozenjinguJm |
| 20 | i5n86ghc |
| 21 | jiangdongfang |
| 22 | JIANGYOUFEI |
| 23 | JiaoyongshaihX |
| 24 | Kidds candy |
| 25 | kufeils8hfe |
| 26 | LaofeiyuanhuaitE |
| 27 | Lindalljl |
| 28 | liubo2020 |
| 29 | liucaie888 |
| 30 | lld5454 |
| 31 | mandley |
| 32 | Market Acrosk Cruser |
| 33 | maryem |
| 34 | MeishisiqXy |
| 35 | minxue |
| 36 | miranq |
| 37 | mxdfgb |
| 38 | nftuyd |
| 39 | CSFArtinn |
| 40 | tangkaidedian |
| 41 | ZMXArtinn |
| 46 | 2018wiman |
| 47 | 3D AI |
| 48 | 7hut |
| 49 | 9Night |

| | |
|---|---|
| 50 | AAbvcvf |
| 51 | AAgfgrthy |
| 52 | AAhvbvb |
| 53 | adolfszhrlgbx3 |
| 54 | aliany |
| 55 | Allegra K |
| 56 | alticl |
| 57 | ananzjj |
| 58 | Animewsir |
| 59 | aorris |
| 60 | artesanía siempre-mas |
| 61 | Bad Girl Fashion Style |
| 62 | Bad Girl's Fashion Memory 2 |
| 63 | BarlowPhiluKuCd |
| 64 | Bdfgrtet |
| 65 | Beautiful Beauty Beauty Style |
| 66 | brightlyq |
| 67 | bvbhrth |
| 68 | byteyz |
| 69 | CangzaidengkencVd |
| 70 | CAROLYN KIRKPATRICK |
| 71 | cfbbh |
| 72 | cfbser |
| 73 | CH1100 |
| 74 | changlingmi463 |
| 75 | Chen run hua shop |
| 76 | chenjiaojin |
| 77 | chenqiu66058 |
| 78 | chenyan006 |
| 79 | chuntangart |
| 80 | cjkalsdjashnz |
| 81 | claybo |
| 82 | cococo7777 |
| 83 | Crazy Art Store |
| 84 | CRLsM |
| 85 | cuibaoying Store |
| 86 | dalichon |
| 87 | David Bates |
| 88 | Dayiche |
| 89 | diebol |
| 90 | Dominique Buchanan |
| 91 | DP_Store |
| 92 | Dream0594 |
| 93 | Dyingyan6 |
| 94 | Easy Beauty One |
| 95 | Erley Ruomen ejiao Sotre panserco |
| 96 | EstarF |
| 97 | f5398SXC |
| 98 | Fashion Men and Women |

| | |
|---|---|
| 99 | fbybsd |
| 100 | fgbhbsd |
| 101 | findflying2020 |
| 102 | foment |
| 103 | Fyrui8131 |
| 104 | fyute |
| 105 | ganduiselian |
| 106 | gaotianlin6765 |
| 107 | gaoxiaodong |
| 108 | gaywgb |
| 109 | gengguiqiong0041 |
| 110 | gezibalabala |
| 111 | guanming fashion |
| 112 | gunstb |
| 113 | gunut |
| 114 | haimei2018 |
| 115 | Halen IT |
| 116 | hanyanwei |
| 117 | haohao888 |
| 118 | Happy day man |
| 119 | hbxdt |
| 120 | HD PRINT_01 |
| 121 | hesasmexogjh |
| 122 | hjnfcth |
| 123 | House Art |
| 124 | hrthjj |
| 125 | huangchun147258 |
| 126 | huanshhuansh |
| 127 | huaqian5980 |
| 128 | HughGriseldadByPq |
| 129 | IBARRA JAMES SELLS |
| 130 | iiwywqk |
| 131 | imifgyn |
| 132 | injkpc |
| 133 | inloveart |
| 134 | isasdajjdxxlch |
| 135 | James Willcox |
| 136 | JGKJHlkl11235 |
| 137 | jiangyuanli |
| 138 | jiarugang0102 |
| 139 | jielei5632 |
| 140 | jinboyang14194 |
| 141 | Jinhua Flydream Clothes Co.,Ltd. |
| 142 | jjcmd |
| 143 | kibble |
| 144 | Kitchen fireplace |
| 145 | lanwankang112 |
| 146 | LFL2017 |
| 147 | lichun0631 |

| | |
|---|---|
| 148 | lifeliyingcun |
| 149 | liguangqiong1134 |
| 150 | limass |
| 151 | LIMENGYAO56 |
| 152 | LIMITED17 |
| 153 | lin96670734 |
| 154 | Ling li juan |
| 155 | linyufeng |
| 156 | lishangmin6868 |
| 157 | lisuying55197 |
| 158 | liude's shop |
| 159 | liuhongquan520 |
| 160 | LIUSJ Store |
| 161 | longoneshop |
| 162 | longxianghua01380 |
| 163 | Lotisuw |
| 164 | lqedc0shop |
| 165 | luojinlian |
| 166 | luzhongping23043 |
| 167 | lwyun19 |
| 168 | Man has invented machines larger than man's power |
| 169 | mcshoofegcitg |
| 170 | means zore |
| 171 | mihui |
| 172 | Mrgamer1 |
| 173 | Mushroomelephant |
| 174 | myoo77 |
| 175 | mzboai |
| 176 | n1y5jy5t |
| 177 | NANA Art Store |
| 178 | NavitTa |
| 179 | baskuwish |
| 180 | BUUG |
| 181 | BXOM |
| 182 | danzhoujiangfandianzishangwuyouxiangongsi |
| 183 | Ella Case |
| 184 | finch accessories |
| 185 | HaosHanMao |
| 186 | HB-csf-US |
| 187 | KangKangRiYongBaiHuoShangHang |
| 188 | Magasin Store |
| 189 | MAOyO |
| 190 | NaiKeSi |
| 191 | TTC.SHOP.FES2 |
| 192 | whole_sale_deals |
| 193 | xiangchengshijunyuebaihuopu |
| 194 | XiongKun-us |
| 195 | YaMiPete-US |
| 196 | ZHESHI |

| | 197 | 看财狗 |
|---|---|---|

| No. | Defendants Online Marketplace |
|---|---|
| 1 | https://www.wish.com/merchant/5f7c3867625fd7057f612feb |
| 2 | https://www.wish.com/merchant/5e9c14902405fbc0d4c5d20f |
| 3 | https://www.wish.com/merchant/5e7ab6f828ec1704f47303c4 |
| 4 | https://www.wish.com/merchant/5e9fd5f6dc8d6ec4c6382c4e |
| 5 | https://www.wish.com/merchant/5e9fd411006fdbc1b6ee2248 |
| 6 | https://www.wish.com/merchant/5f742d70c1ec7626eb1ad2df |
| 7 | https://www.wish.com/merchant/5ea013a199b6f19daed36cb6 |
| 8 | https://www.wish.com/merchant/5ea107886cf7c8271c8f5b17 |
| 9 | https://www.wish.com/merchant/5f7e981791a8b15b3ae2dd30 |
| 10 | https://www.wish.com/merchant/5f7dec80c494eb16ad594f69 |
| 11 | https://www.wish.com/merchant/5f7e96f85af1285be5d581f2 |
| 12 | https://www.wish.com/merchant/5d84630922e777795673ffc2 |
| 13 | https://www.wish.com/merchant/5e7c0712fab3600f49d9fd03 |
| 14 | https://www.wish.com/merchant/5d5d66441d86295b40c0a150 |
| 15 | https://www.wish.com/merchant/5e7b29e04116fa0bb886dbd1 |
| 16 | https://www.wish.com/merchant/5e9fd46cc638fdd1b2dc5956 |
| 17 | https://www.wish.com/merchant/6026264aba98b907fc16991e |
| 18 | https://www.wish.com/merchant/5e7c094bf4da3606098a46df |
| 19 | https://www.wish.com/merchant/5e916d81228aaa0e89bd8cfd |
| 20 | https://www.wish.com/merchant/5f7c3f893b5bcb09f9365ee2 |
| 21 | https://www.wish.com/merchant/5880aa541819264e1f9a93a6 |
| 22 | https://www.wish.com/merchant/5d5a32bd40defd60c0aca4f6 |
| 23 | https://www.wish.com/merchant/5e9153abbdebf44d7a041f65 |
| 24 | https://www.wish.com/merchant/5d8470c27e8eba6dd4747924 |
| 25 | https://www.wish.com/merchant/5e43ab3f6fc6834f2728273e |
| 26 | https://www.wish.com/merchant/5e8979a15a8fce9e584a8c0b |
| 27 | https://www.wish.com/merchant/5e83ed9eff14efd99530736a |
| 28 | https://www.wish.com/merchant/5e7201a5eca1c891ea50de58 |
| 29 | https://www.wish.com/merchant/5f100cf095b1f08a8ba2aef3 |
| 30 | https://www.wish.com/merchant/5da83fb1ef222f1a2342032a |
| 31 | https://www.wish.com/merchant/5e845149ff14ef6fc430d97d |
| 32 | https://www.wish.com/merchant/5f793d76ec54da58f6afb8da |
| 33 | https://www.wish.com/merchant/5e83ead2e16f960051c20ef6 |
| 34 | https://www.wish.com/merchant/5e8adeeb99a1f9f3d0d45113 |
| 35 | https://www.wish.com/merchant/5e47d12b54040a2e82aa6fd4 |
| 36 | https://www.wish.com/merchant/5e83f03432355efe06af64f7 |
| 37 | https://www.wish.com/merchant/5e816ac707227d0e7a719752 |
| 38 | https://www.wish.com/merchant/5e7c01852260a9118a728716 |
| 39 | https://www.amazon.com/sp?ie=UTF8&seller=A4QTCZITYE8AX&asin=B08NCM2GMN&ref_=dp_merchant_link |
| 40 | https://www.amazon.com/sp?ie=UTF8&seller=A1Z025OF4AG4RJ |
| 41 | https://www.amazon.com/sp?ie=UTF8&seller=A39W3LXWYRG8WB&isAmazonFulfilled=1 |
| 46 | https://www.wish.com/merchant/5a67361e6839ea4eacb16abe |
| 47 | https://www.wish.com/merchant/5d55777733f0b40b434575ed |

| | |
|---|---|
| 48 | https://www.wish.com/merchant/599d5b0d2afd352d61da8958 |
| 49 | https://www.wish.com/merchant/598acace69eced6bd3b2f862 |
| 50 | https://www.wish.com/merchant/5e81792393fb001c40cfa65b |
| 51 | https://www.wish.com/merchant/5e817f2cb6aaab12c0070c68 |
| 52 | https://www.wish.com/merchant/5e814e2eb6aaab468006fd0b |
| 53 | https://www.wish.com/merchant/5e80acc129e7861a00ad8d54 |
| 54 | https://www.wish.com/merchant/5e82fbf11c0085b34062ed98 |
| 55 | https://www.wish.com/merchant/559c82a2e8dbb735d261ca0a |
| 56 | https://www.wish.com/merchant/5e83fc4e347df5f480cbae04 |
| 57 | https://www.wish.com/merchant/5e8558f843cfc7bcf59f3571 |
| 58 | https://www.wish.com/merchant/59bf812990a0f14db06aa825 |
| 59 | https://www.wish.com/merchant/5e83f9a3ab205e9cc08e1302 |
| 60 | https://www.wish.com/merchant/5f47f0ee0884841304941a3d |
| 61 | https://www.wish.com/merchant/57b849819f838d0bc6b0bb67 |
| 62 | https://www.wish.com/merchant/55bb28abec31eb43c384d117 |
| 63 | https://www.wish.com/merchant/5e9a8f4ca677773c47eb08ae |
| 64 | https://www.wish.com/merchant/5e7c16cbb3547620d339e5c9 |
| 65 | https://www.wish.com/merchant/5d4e6ded933fb16bb3b6a0e2 |
| 66 | https://www.wish.com/merchant/5b90809d979a8619b0c4395e |
| 67 | https://www.wish.com/merchant/5e6873af29e7867600458176 |
| 68 | https://www.wish.com/merchant/5e83f2a22c5a1ba9eca6c7ef |
| 69 | https://www.wish.com/merchant/5e6b43043a00e771ebb72937 |
| 70 | https://www.wish.com/merchant/5edb562e29e7860cd3cc1d33 |
| 71 | https://www.wish.com/merchant/5e7b2ba3c8cb1537dbf4ecf1 |
| 72 | https://www.wish.com/merchant/5e7b1f4164888424c01598ab |
| 73 | https://www.wish.com/merchant/5a923397417cee4de3e3bdda |
| 74 | https://www.wish.com/merchant/5ab3a8c9417cee49d9f85cba |
| 75 | https://www.wish.com/merchant/5f6c1103877e3c563bac03e8 |
| 76 | https://www.wish.com/merchant/5aacdcefea8764406ebc2c19 |
| 77 | https://www.wish.com/merchant/5e64c4862724a83380ddf34d |
| 78 | https://www.wish.com/merchant/5ad5982528a2b34d9f4614f3 |
| 79 | https://www.wish.com/merchant/5d54ec177ad2420790849998 |
| 80 | https://www.wish.com/merchant/6013a39fc08709035f361272 |
| 81 | https://www.wish.com/merchant/5e83e9dd28496942edcc2193 |
| 82 | https://www.wish.com/merchant/5ac5b51597223328 85b4307c |
| 83 | https://www.wish.com/merchant/5f811c78395dda44a7b9a890 |
| 84 | https://www.wish.com/merchant/60102f52d38ac0ee4d48a861 |
| 85 | https://www.wish.com/merchant/5f8ff7869426de9d955612ff |
| 86 | https://www.wish.com/merchant/603e3afdd36930b6e37dee8a |
| 87 | https://www.wish.com/merchant/5e8bec1a22b36c7e3b7f5e4d |
| 88 | https://www.wish.com/merchant/5f5311745118edfcf560b183 |
| 89 | https://www.wish.com/merchant/5e83fcc92c5a1b6279a6c330 |
| 90 | https://www.wish.com/merchant/5e82deed83df39ca578c7d4c |
| 91 | https://www.wish.com/merchant/549c0f29b9b7e70cbc5394e8 |
| 92 | https://www.wish.com/merchant/582bc8b80d44634729d329de |
| 93 | https://www.wish.com/merchant/5ef59666abf10e0042e7df26 |
| 94 | https://www.wish.com/merchant/5ff9541e80b2763201200372 |
| 95 | https://www.wish.com/merchant/5e67277348763f5136d53586 |
| 96 | https://www.wish.com/merchant/59d8ecd0086da44379fb0789 |

| | |
|---|---|
| 97 | https://www.wish.com/merchant/5e9ad0a3ef1dcef664eb3e61 |
| 98 | https://www.wish.com/merchant/5573fb5b3a158e19da5e6388 |
| 99 | https://www.wish.com/merchant/5e7bfe6429e78601c1350925 |
| 100 | https://www.wish.com/merchant/5e7bfd44b354760e0139e3d1 |
| 101 | https://www.wish.com/merchant/5ea2977741e7f062ddad7c66 |
| 102 | https://www.wish.com/merchant/5e83fc44bc418d53400eb7cf |
| 103 | https://www.wish.com/merchant/5fd6d1bb78854671c6393793 |
| 104 | https://www.wish.com/merchant/5e7c02c3b3547611ae39e47d |
| 105 | https://www.wish.com/merchant/5e9af3d0ef1dcef5a4eb3d54 |
| 106 | https://www.wish.com/merchant/5fadf1d0f8f8961786c055c9 |
| 107 | https://www.wish.com/merchant/5b1655247752c86768cba0f3 |
| 108 | https://www.wish.com/merchant/5e8404c7347df5b03ccb401d |
| 109 | https://www.wish.com/merchant/5fa3aec939dc2a93c51e493d |
| 110 | https://www.wish.com/merchant/5b11f8e87752c83de90e87e1 |
| 111 | https://www.wish.com/merchant/541fab29f8abc805ee2c9efa |
| 112 | https://www.wish.com/merchant/5e8405e6347df598c0cbbd66 |
| 113 | https://www.wish.com/merchant/5e7c0a85fab3601486d9e411 |
| 114 | https://www.wish.com/merchant/5abde932beed125eabd6d19e |
| 115 | https://www.wish.com/merchant/5d4f939e7edfad1bb70a6638 |
| 116 | https://www.wish.com/merchant/5944a33b5631127d328f81c8 |
| 117 | https://www.wish.com/merchant/589af1448c24975010391ecf |
| 118 | https://www.wish.com/merchant/5874f663838c484d5fbf3349 |
| 119 | https://www.wish.com/merchant/5e7c106a435e960cac36df38 |
| 120 | https://www.wish.com/merchant/587248499c28a44cad3abed7 |
| 121 | https://www.wish.com/merchant/5e915cacbdebf454df042096 |
| 122 | https://www.wish.com/merchant/5e7c00851aa7b90444268df0 |
| 123 | https://www.wish.com/merchant/5a66d561cefb1504e15c5efd |
| 124 | https://www.wish.com/merchant/5e68749418426d2142ba6d46 |
| 125 | https://www.wish.com/merchant/5f5f1e503eb064174a599e04 |
| 126 | https://www.wish.com/merchant/5e7c1dfe2260a927837289c8 |
| 127 | https://www.wish.com/merchant/5e6b783b7a13129c83844cf5 |
| 128 | https://www.wish.com/merchant/5ea2ab5ed6b29e254182e4c8 |
| 129 | https://www.wish.com/merchant/5f900080bf16037e0e213b12 |
| 130 | https://www.wish.com/merchant/5e845797347df599b4cb4238 |
| 131 | https://www.wish.com/merchant/5e7c050a81ddc0139fc64c92 |
| 132 | https://www.wish.com/merchant/5e8429dfcb11eceacaa1e12d |
| 133 | https://www.wish.com/merchant/5b78bf1ce056ed25d8679efe |
| 134 | https://www.wish.com/merchant/5e61be42942ad60ec60c25d4 |
| 135 | https://www.wish.com/merchant/5e8aab368782b5e40f3d6f3b |
| 136 | https://www.wish.com/merchant/5ee36f2d4f4dceb4b8cd2ef7 |
| 137 | https://www.wish.com/merchant/5eae7a927edfbdf6c849ca65 |
| 138 | https://www.wish.com/merchant/5f5610bbb980b2ceb6088905 |
| 139 | https://www.wish.com/merchant/60516ef25e3c3c1c86c77ad0 |
| 140 | https://www.wish.com/merchant/6041ee663eed2535d77d213a |
| 141 | https://www.wish.com/merchant/53f35a331c105e17466e661a |
| 142 | https://www.wish.com/merchant/5ab0f512a71fbf5000c43b12 |
| 143 | https://www.wish.com/merchant/5e840514347df5be70cb408a |
| 144 | https://www.wish.com/merchant/5d4e6b5b7edfad19820aa5f5 |
| 145 | https://www.wish.com/merchant/5f642e2d43a282d6cf368898 |

| | |
|---|---|
| 146 | https://www.wish.com/merchant/587cba68f1f65d229e8c807a |
| 147 | https://www.wish.com/merchant/6045bad218ae4a4c87325564 |
| 148 | https://www.wish.com/merchant/5951ceec88709f0d72250ee3 |
| 149 | https://www.wish.com/merchant/611e1c7f96a95b9cfa81cd48 |
| 150 | https://www.wish.com/merchant/5e83fe5bcb11ec6d30a1dfc3 |
| 151 | https://www.wish.com/merchant/5d565f155f3e1e77056467eb |
| 152 | https://www.wish.com/merchant/5e3cff613a0c8239d06d9deb |
| 153 | https://www.wish.com/merchant/5d81bcf52888350aa8e2b360 |
| 154 | https://www.wish.com/merchant/60226b80d0ab362400fecd1b |
| 155 | https://www.wish.com/merchant/60eda0f92c014f9d0595d13b |
| 156 | https://www.wish.com/merchant/5e81ef0adcc8619c42baf842 |
| 157 | https://www.wish.com/merchant/60c17eab63d3583ec0d953c0 |
| 158 | https://www.wish.com/merchant/5d4aaccd22f30144009a2fc6 |
| 159 | https://www.wish.com/merchant/5f618b6bf1faed06575de960 |
| 160 | https://www.wish.com/merchant/6097a65ff3cd39712d951c64 |
| 161 | https://www.wish.com/merchant/5dd7575bb5ff4a0513870661 |
| 162 | https://www.wish.com/merchant/6125df3a16fbce0958daf3bd |
| 163 | https://www.wish.com/merchant/5dd6362bdd0c38c502a7a4ee |
| 164 | https://www.wish.com/merchant/5f55d14f7617526e01c5ea12 |
| 165 | https://www.wish.com/merchant/5f53a6385a02ce31b5a54018 |
| 166 | https://www.wish.com/merchant/5f363d8d6e7c1b101c848d98 |
| 167 | https://www.wish.com/merchant/5dce1fb056ea3e39376632cc |
| 168 | https://www.wish.com/merchant/5857ccaa6339b406591adb24 |
| 169 | https://www.wish.com/merchant/5e905647ed70bc955e345fd4 |
| 170 | https://www.wish.com/merchant/5805724d8f1c2a1961991a74 |
| 171 | https://www.wish.com/merchant/5afa70e38699ce7e50ed6aa5 |
| 172 | https://www.wish.com/merchant/575d7d3ff943785cc824a024 |
| 173 | https://www.wish.com/merchant/59cb73bd15da070de0dc7fce |
| 174 | https://www.wish.com/merchant/58ea23febef1c30f96021ea9 |
| 175 | https://www.wish.com/merchant/5e83f71e4a95b40ac5d903fb |
| 176 | https://www.wish.com/merchant/6034c4bce382b634127ca85c |
| 177 | https://www.wish.com/merchant/5f867cc0ce8c408c9aecaa88 |
| 178 | https://www.wish.com/merchant/60f9c0f09b4bbc577f3aa11a |
| 179 | https://www.amazon.com/sp?ie=UTF8&seller=A3R4QLX5MJZNV2&isAmazonFulfilled=1 |
| 180 | https://www.amazon.com/sp?ie=UTF8&seller=A2695R57LSTGP0&isAmazonFulfilled=1 |
| 181 | https://www.amazon.com/sp?ie=UTF8&seller=A1YI6LAO5H41EC&asin=B07VPCLWZW&ref_=dp_merchant_link |
| 182 | https://www.amazon.com/sp?ie=UTF8&seller=A12ZRRGTY6QDRU&isAmazonFulfilled=1 |
| 183 | https://www.amazon.com/sp?ie=UTF8&seller=A2E556JNQRATHU&isAmazonFulfilled=1 |
| 184 | https://www.amazon.com/sp?ie=UTF8&seller=A4SCMMMMSG59A&isAmazonFulfilled=1&asin=B01FLAUCXS&ref_=olp_merch_name_4 |
| 185 | https://www.amazon.com/sp?ie=UTF8&seller=AOZHAY3W1G085&isAmazonFulfilled=1 |
| 186 | https://www.amazon.com/sp?ie=UTF8&seller=AXTZAX98FT9B6&asin=B09TW5YV4P&ref_=dp_merchant_link |

| 187 | https://www.amazon.com/sp?ie=UTF8&seller=A28R8DG98RVLV3&isAmazonFulfilled=1 |
|---|---|
| 188 | https://www.amazon.com/sp?ie=UTF8&seller=A3C039JOV7NMK3 |
| 189 | https://www.amazon.com/sp?ie=UTF8&seller=A97NAWTAMNJH1 |
| 190 | https://www.amazon.com/sp?ie=UTF8&seller=A2A6MR7ML5C5K7&asin=B07YZ5XGBY&ref_=dp_merchant_link |
| 191 | https://www.amazon.com/sp?ie=UTF8&seller=AVJ2V2TC512QW |
| 192 | https://www.amazon.com/sp?ie=UTF8&seller=A2H22Y8OP81092&isAmazonFulfilled=1 |
| 193 | https://www.amazon.com/sp?ie=UTF8&seller=A2JZ5Q6YOTCYDR |
| 194 | https://www.amazon.com/sp?ie=UTF8&seller=A1N2FU2P6D6L3M&isAmazonFulfilled=1 |
| 195 | https://www.amazon.com/sp?ie=UTF8&seller=A2WH02PPKHZG1B&asin=B0BFQWH7TQ&ref_=dp_merchant_link |
| 196 | https://www.amazon.com/sp?ie=UTF8&seller=A3C137F3HBJE24&asin=B0BGD5PFW7&ref_=dp_merchant_link |
| 197 | https://www.amazon.com/sp?ie=UTF8&seller=ABGPTFCPOWO4A&asin=B0BFVTPLW6&ref_=dp_merchant_link |