# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Ubisoft Entertainment, S.A., et al.

                                                                                   Plaintiff,

v.

                                                                                    Case No.: 1:22−cv−05665

                                                                                    Honorable John J. Tharp Jr.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 21, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant baskuwish's motion to dismiss and to vacate preliminary injunction order [48] is taken under advisement. The plaintiffs' response is due by 12/09/2022; the defendant's reply is due by 12/19/2022. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.